PER CURIAM.
Affirmed. Occhicone v. State, 570 So.2d 902 (Fla.1990); State v. DiGuilio, 491 So.2d 1129 (Fla.1986); Duest v. State, 462 So.2d 446 (Fla.1985); Jones v. State, 289 So.2d 725 (Fla.1974); State v. Miller, 555 So.2d 391 (Fla. 3d DCA 1989); Peterson v. State, 505 So.2d 16 (Fla. 3d DCA 1987); Wooten v. State, 464 So.2d 640 (Fla. 3d DCA), rev. denied, 475 So.2d 696 (Fla.1985).
Regarding the issue of retrograde extrapolation of blood alcohol levels, we re-certify to the Florida Supreme Court the same question of great public importance certified in Miller.
Affirmed.